LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-06499-GAF (FMOx) | Date | November 4, 2009 |
|---|---|---|---|
| Title | Lang Dental Manufacturing Co. Inc. v. Odontorium Products Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**      **(In Chambers)**

## ORDER TO SHOW CAUSE

Plaintiff's out of state attorneys Jonathan S. Jennings and J. Michael Monahan, II ("Counsel") have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Monday, November 23, 2009** why the Court should allow Counsel to represent Plaintiff before this Court.  Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

IT IS SO ORDERED.